## WILLIAMS *v.* THE STATE.

LUMPKIN, J.  There was sufficient evidence to authorize the verdict; and the presiding judge having refused a new trial, and no error of law being assigned, this court will not interfere.
        *Judgment affirmed. All the Justices concur.*

Submitted October 16,—Decided November 8, 1905.

Indictment for assault with intent to rob.    Before Judge Little-john.    Sumter superior court.    July 1, 1905.

*Williams & Harper,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.